429 A.2d 77

Commonwealth v. Diggs, Appellant.

Submitted March 18, 1980.   Robert C. Fogelnest, for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM, and LIPEZ, JJ.

Judgment of sentence affirmed.

429 A.2d 77

Commonwealth v. Fair, Appellant.

Submitted April 16, 1980.   Daniel R. Lovette, for appellant;  Gerard Long, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, HOFFMAN, and VAN der VOORT, JJ.

Judgment of sentence affirmed.